PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Antoine Waiters     Cr.: 17-00361-001
    17-00362-001
    17-00363-001
    PACTS #: 2066842

Name of Sentencing Judicial Officers:    THE HONORABLE JAMES KNOLL GARDNER
UNITED STATES DISTRICT JUDGE (ED/PA)

THE HONORABLE LEGROME D. DAVIS
UNITED STATES DISTRICT JUDGE (ED/PA)

THE HONORABLE CYNTHIA M. RUFE
UNITED STATES DISTRICT JUDGE (ED/PA)

Name of Assigned Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE
(Jurisdiction Transferred 9/5/17)

Date of Original Sentence: 05/27/2010

Original Offense:    Count One: Possession With Intent to Distribute Five Grams or More of Cocaine Base ("Crack"), 21 U.S.C. § 841(a)(1) and (b)(1)(B)
Count Two: Possession With Intent to Distribute Five Grams or More of Cocaine Base ("Crack") Within 1,000 Feet of a School, 21 U.S.C. § 860
-
Count One: Failure to Appear, 18 U.S.C. § 3146(a)(1), (b)(A)(i)
-
Count One: Conspiracy to Distribute 50 Grams or More of Cocaine Base ("Crack"), 21 U.S.C. § 846

Original Sentence: Imprisonment – 78 Months; Supervised Release – 8 Years
Imprisonment – 18 Months (Consecutive); Supervised Release – 3 Years
Imprisonment – 135 Months (Concurrent); Supervised Release – 5 Years (Concurrent)

Special Conditions: Fines - $2,500, $1,000, $1,500, Alcohol/Drug Testing and Treatment, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release     Date Supervision Commenced: 06/20/2017

## STATUS UPDATE

On June 20, 2022, Mr. Waiters received his New Jersey Department of Health Medical Marijuana Program card, the use of which is to assist him with Post-Traumatic Stress Disorder, anxiety, and glaucoma. It should be noted that Mr. Waiters also continues to participate in mental health treatment to addressing his mental health diagnoses.

Prob 12A – page 2
Antoine Waiters

To maintain compliance with the Alcohol/Drug Testing and Treatment condition imposed by the sentencing Court, the Probation Office respectfully requests the guidance of the Court in determining whether Mr. Waiters be permitted to obtain and consume medical marijuana as recommended by his physician and use the substance while serving his term of supervision.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carly T. Schultz*
By:   CARLY T. SCHULTZ
U.S. Probation Officer

/ cts

APPROVED:

*Sharon O'Brien*   *July 14, 2022*
SHARON O'BRIEN                  Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at this time

☒ Drug testing, as it pertains to marijuana, is hereby waived

☐ Submit a Request for Warrant or Summons

☐ Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

July 19, 2022
Date